COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of CARMELA DAVI, Respondent, v. FRANK ISAAC, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn,

unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.